**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**DAVID J. DOPPLER,**

**Petitioner,**

**v.**

**DAVID CRIST, Warden,**

**Respondent.**

**Civil No. 00-490 (DWF/JMM)**

**MOTION AND ORDER**

---

Donald F. Ryan, Crow Wing County Attorney, hereby moves the Court for an Order in the above-entitled matter granting Respondent an extension of time to file a return from March 31, 2000 to April 3, 2000.

Dated: March 30, 2000

Donald F. Ryan (19671X)
Crow Wing County Attorney
322 Laurel Street
Brainerd, MN 56401
(218) 824-1025

**ORDER**

Based upon the foregoing motion of the Crow Wing County Attorney's Office, IT IS HEREBY ORDERED that the Respondent's deadline for filing a return in the above-entitled matter is hereby extended to Monday, April 3, 2000, nunc pro tunc.

Dated: 4/3/00

JOHN M. MASON
United States Magistrate Judge

FILED APR 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK