**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David J. Doppler,

Petitioner,

v.

David Crist,

Respondent.

Civil No. 00-490 (DWF/JMM)

**ORDER**

---

David J. Doppler, Pro Se, #187486, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Petitioner.

Donald F. Ryan, Crow Wing County Attorney, Crow Wing County Courthouse, 326 Laurel Street, Brainerd, MN 56401, counsel for Respondent.

---

This matter is before the Court upon Defendant's objections to Magistrate Judge John M. Mason's Report and Recommendation dated July 14, 2000. The Report and Recommendation recommends that Petitioner's application for a writ of habeas corpus be dismissed with prejudice.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record and the Court having reviewed the objections and submissions of the Petitioner, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Mason in all respects.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Mason's Report and Recommendation dated July 14, 2000 (Doc. No. 8), is **ADOPTED**.

FILED AUG 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 28 2000
DEPUTY CLERK

2. Petitioner David J. Doppler's Petition for a Writ of Habeas Corpus (Doc. No. 1) is hereby **DISMISSED WITH PREJUDICE**.

Dated: August 25th, 2000

DONOVAN W. FRANK
Judge of United States District Court