# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David J. Doppler

Plaintiff

v.

David Crist

Defendants

Case No. Civil 00-490 DWF/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge's Mason Report and Recommendation dated 7/14/00 is adopted. Petitioner's petition for a writ of habeas corpus is dismissed with prejudice.

DATE: August 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Morales

Victoria Moralez, Deputy Clerk